**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANIEL ETHERIDGE, | ) | NO. CV 10-7414-MMM(E) |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| F.B. HAWS, | ) | |
| Respondent. | ) | |

Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on October 4, 2010. The Petition challenges a 1997 Los Angeles County Superior Court conviction and sentence in case No. LA025300. Petitioner previously challenged this same conviction in a habeas corpus petition filed in this Court in 2000. See Etheridge v. Castro, CV 00-5627-MMM(E) ("the prior habeas action"). On March 15, 2001, this Court entered Judgment in the prior habeas action, denying and dismissing the prior petition with prejudice.

///

///

1 The Court must dismiss the present Petition in accordance with
2 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and
3 Effective Death Penalty Act of 1996"). Section 2244(b) requires that
4 a petitioner seeking to file a "second or successive" habeas petition
5 first obtain authorization from the court of appeals. See Burton v.
6 Stewart, 549 U.S. 147, 157 (2007) (where petitioner did not receive
7 authorization from Court of Appeal before filing second or successive
8 petition, "the District Court was without jurisdiction to entertain
9 [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir.
10 2000) ("the prior-appellate-review mechanism set forth in § 2244(b)
11 requires the permission of the court of appeals before 'a second or
12 successive habeas application under § 2254' may be commenced"). A
13 petition need not be repetitive to be "second or successive," within
14 the meaning of 28 U.S.C. section 2244(b). See, e.g., Calbert v.
15 Marshall, 2008 WL 649798, at *2-4 (C.D. Cal. Mar. 6, 2008); Miles v.
16 Mendoza-Powers, 2007 WL 4523987, at *2-3 (E.D. Cal. Dec. 19, 2007).
17 Petitioner evidently has not yet obtained authorization from the
18 Ninth Circuit Court of Appeals. Consequently, this Court cannot
19 entertain the present Petition. See Burton v. Stewart, 549 U.S. at
20 157.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

```
 1        For all of the foregoing reasons, the Petition is denied and
 2   dismissed without prejudice.
 3
 4        LET JUDGMENT BE ENTERED ACCORDINGLY.
 5
 6            DATED:  November 23, 2010
 7
 8
 9                         _____
                                   MARGARET M. MORROW
10                             UNITED STATES DISTRICT JUDGE
11
12
13
14   PRESENTED this 29th day of
15   October, 2010, by:
16
17   _____/S/_____
             CHARLES F. EICK
18   UNITED STATES MAGISTRATE JUDGE
```