1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DANIEL ETHERIDGE,                    )      NO. CV 10-7414-MMM(E)
                                         )
12                  Petitioner,          )
                                         )
13       v.                              )              JUDGMENT
                                         )
14  F.B. HAWS,                           )
                                         )
15                  Respondent.          )
    _____)

16

17

18       Pursuant to the "Order of Dismissal,"

19

20       IT IS ADJUDGED that the Petition is denied and dismissed without

21  prejudice.

22

23          DATED:  November 23, 2010

24

25

26                           _____
                                    MARGARET M. MORROW
27                             UNITED STATES DISTRICT JUDGE

28